# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOEL PAUL REESMAN

v.

STEPHEN SINCLAIR

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5339RBL/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

Petitioner's writ of habeas corpus (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE.**

The Court declines to issue a certificate of appealability because petitioner has failed to make "a substantial showing of the denial of a constitutional rights." 28 U.S.C. § 2253(c)(2)

|   November 1, 2010   |   WILLIAM M. McCOOL   |
|---|---|
| Date | Clerk |

|  |   *s/CM Gonzalez*   |
|---|---|
|  | Deputy Clerk |